# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2011

143018

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM MUELLER,
      Plaintiff-Appellant,

v

SC: 143018
COA: 300346
WCAC: 10-000011

SEARS ROEBUCK & COMPANY and
LUMBERMENS MUTUAL CASUALTY
COMPANY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 24, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2011

_____
Clerk

t1011